FILED

JUN 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NYKEYA KILBY, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant - Appellee. | No. 12-56130<br><br>D.C. No. 3:09-cv-02051-MMA-KSC<br>Southern District of California, San Diego<br><br>ORDER |

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

This appeal is resubmitted for decision as of the filing of this order.