JAMES F. CLAPP (145814)
jclapp@clapplegal.com
MARITA MURPHY LAUINGER (199242)
mlauinger@clapplegal.com
CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
Carlsbad, California 92011
Tel:   760-209-6565 ext. 101
Fax:  760-209-6565

Attorneys for Plaintiff
NYKEYA KILBY

TIMOTHY J. LONG (STATE BAR NO. 137591)
tjlong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
Telephone:   (213) 629-2020
Facsimile:   (213) 612-2499

MICHAEL D. WEIL (STATE BAR NO. 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendant
CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKEYA KILBY, | CASE NO.   09cv2051-MMA(KSC) |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE F.R.C.P. RULE 41(A)(1)(II)** |
| v. | |
| CVS PHARMACY, INC., | |
| Defendant. | |

1

Plaintiff Nykeya Kilby and Defendant CVS Pharmacy, Inc. (collectively, the Parties), request the Court dismiss the above-captioned action with prejudice. The Parties reached a settlement in the parallel state court action *Reed v. CVS Pharmacy, Inc.*, Alameda County Superior Court Case No. RG17855592, which encompasses the claims alleged herein brought under the California Labor Code Private Attorneys General Act of 2004, Cal. Lab. Code § 2698, et seq. ("PAGA"). The settlement, which includes both monetary and non-monetary consideration, was approved by the California Superior Court Judge Winifred Y. Smith on October 25, 2019.  Judgment was entered in *Reed* on October 30, 2019.  A copy of the Order Granting Joint Motion for Approval of Settlement and Awarding Attorneys' Fees, Costs and Incentive Awards; and Judgment Thereon is attached hereto as Exhibit 1.

The procedures set forth in Rule 23(e) are not necessary here because no class has been certified and the claims alleged herein are encompassed entirely within the *Reed* settlement.  Judge Smith reviewed the *Reed* settlement and found it to be entitled to judicial approval.  (Ex. 1, at 2:5-8.)

The Parties respectfully request the Court dismiss the above-captioned action with prejudice.

Dated:  January 13, 2020

CLAPP & LAUINGER LLP

*/s/* Marita Murphy Lauinger
JAMES F. CLAPP
MARITA MURPHY LAUINGER
Attorneys for Plaintiff

2

1   Dated:  January 13, 2020                ORRICK, HERRINGTON &
2                                           SUTCLIFFE LLP

3
                                            */s/* Michael D. Weil
4                                           TIMOTHY J. LONG
                                            MICHAEL D. WEIL
5                                           Attorneys for Defendant

6

7                             **<u>CERTIFICATION</u>**

8          I certify that the content of the document is acceptable to all persons

9   required to sign the document by obtaining authorization for the electronic

10  signatures of all parties on the document.

11

12                                          /s/ Marita Murphy Lauinger
                                            MARITA M. LAUINGER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO DISMISS WITH PREJUDICE F.R.C.P. RULE 41(A)(1)(II)          09CV2051-MMA(KSC)

EXHIBIT 1

`*14107200*`

ROBERT DREXLER (SBN 119119)
Robert.Drexler@CapstoneLawyers.com
JONATHAN LEE (SBN 267146)
Jonathan.Lee@CapstoneLawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Tel:  310-556-481
Fax:  310-943-0396

Attorneys for
Plaintiff CLORINDA REED

JAMES F. CLAPP (145814)
jclapp@clapplegal.com
MARITA MURPHY LAUINGER (199242)
mlauinger@clapplegal.com
CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
Carlsbad, California 92011
Tel:  760-209-6565 ext. 101
Fax:  760-209-6565

KEVIN J. MCINERNEY (46941)
kevin@mcinerneylaw.net
1050 N. Hills Blvd., #61388
Reno, Nevada 89506-9997
Tel: 775-849-3811
Fax: 775-849-3866

Attorneys for Nykeya Kilby

FILED
ALAMEDA COUNTY

OCT 3 0 2019

CLERK OF THE SUPERIOR COURT
By_____ Deputy

OCT 2 9 2019

Courtesy Copy

BY FAX

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| CLORINDA REED, as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"), on behalf of the State of California and other aggrieved employees,<br><br>          Plaintiff,<br><br>     v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; and DOES 1 thorough 10, inclusive,<br><br>          Defendants. | CASE NO.  RG17855592<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF PAGA SETTLEMENT AND AWARDING FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS; AND JUDGMENT THEREON<br><br>DATE:    October 25, 2019<br>TIME:    11:00 a.m.<br>DEPT:    21<br><br>Judge:  Hon. Winifred Y. Smith<br>Reservation Nos.:  R-2109489 and R-2109488 |

1

On October 25, 2019, the Court heard plaintiff Clorinda Reed's motion for approval of this settlement under the Labor Code Private Attorneys General Act ("PAGA") and her motion for an award of attorneys' fees, costs, and an incentive payment to Ms. Reed, Ms. Kilby and five others.  The Court finds and orders as follows:

1.      The motion for approval of the settlement is granted. The Court finds the settlement as memorialized in the Amended Settlement Agreement filed with the Court on October 23, 2019 ("Agreement") is fair and reasonable and provides meaningful relief to the State of California and the aggrieved employees, consistent with the purposes of PAGA.

2.      The Court awards attorneys' fees of $7,258,069.50 and costs of $583,014.57. The Court finds that the fees are reasonable in light of the results achieved, plaintiff's counsel's skill and diligence in prosecuting the case, the hours expended, and the contingent fee risk.  The fees are also supported by a lodestar cross-check.  The Court further finds the requested costs were reasonably incurred in the prosecution of the case.

3.      The Court awards Nykeya Kilby an incentive payment of $40,000 and Clorinda Reed an incentive payment of $5,000. The Court finds these amounts are warranted in light of time and effort these individuals spent in this litigation as well as the risks they faced in prosecuting the lawsuit on behalf of the State of California and the aggrieved employees. The Court denies plaintiff's request for approval of additional incentive awards.

4.      The parties are ordered to carry out the settlement as set forth in their settlement agreement.  Pursuant to Code of Civil Procedure section 664.6, the Court will retain jurisdiction over the settlement to enforce its terms.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

1    5.    A compliance hearing is set for _9/18/20_ , 2020 at _9:00 am_ The

2    Parties shall file a declaration of compliance from the settlement administrator no later than

3    _9/9/20_ .

4         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

5    that judgment shall be entered in this action according to the foregoing terms.

6

7    DATED: _October 30, 2019_          By: _Winifred Y. Smith_

8                                       Hon. Winifred Y. Smith
                                        Judge of the Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3