# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKEYA KILBY,<br><br>        Plaintiff,<br><br>   v.<br><br>CVS PHARMACY, INC.,<br><br>        Defendant. | Case No. 09cv2051-MMA(KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 260] |

The parties' jointly move to dismiss the above-captioned action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii). Having found the procedures set forth in Federal Rule of Civil Procedure 23(e), including class notice and court approval, do not apply, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. The Court **DIRECTS** the Clerk of Court to close the case.

    **IT IS SO ORDERED**.

DATE: January 14, 2020

                                HON. MICHAEL M. ANELLO
                                United States District Judge